FILED
CLERK, U.S. DISTRICT COURT

SEP 2 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASMYN ROMO,<br><br>    Defendant. | NO. 2:24-cr-00443-MWF<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

\\

\\

\\

1

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's history of failures to appear for drug counseling;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's criminal history, including current outstanding warrants.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 26, 2024

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE