1

2

3

FILED
CLERK, U S. DISTRICT COURT

MAR 2 1 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

4

5

6

7

8

9

10

11

12

13

14

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,    )   2:24-CR-00443-MWF

16        Plaintiff,              ) ORDER OF DETENTION AFTER

17        v.                        ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation

18  JASMYN ROMO          ) Supervised Release) Conditions of Release)

19

20            Defendant.        )

        On arrest warrant issued by a United States District Court involving alleged

21 violations of conditions of probation or Supervised Release,

22         The court finds no condition or combination of conditions that will

23 reasonably assure:

24         (A)   (✓)    the appearance of defendant as required; and/or

25         (B)   ( )    the safety of any person or the community.

26 //

27 //

28

The court concludes:

A.    ( )    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)    (✓)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• UNDERLYING ALLEGATIONS

• HISTORY OF FAILURE TO COMPLY W/ COURT ORDERS

• CURRENT HISTORY OF SUBSTANCE ABUSE

_____

IT IS ORDERED that defendant be detained.

DATED: 3/21/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2